

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00692-CV

**IN RE** Bharath **RAMANATH**

Original Proceeding[1]

PER CURIAM

Sitting:　　　Adrian A. Spears II, Justice
　　　　　　　H. Todd McCray, Justice
　　　　　　　Velia J. Meza, Justice

Delivered and Filed: November 26, 2025

MOTION FOR REHEARING DENIED

On October 28, 2025, relator filed a petition for writ of mandamus challenging proceedings in Bexar County Justice Court. We dismissed the petition because we lack jurisdiction to issue a writ of mandamus against a justice of the peace or justice court unless it is necessary to preserve our jurisdiction. Relator filed a timely motion for rehearing on November 12, 2025. After considering relator's arguments, the motion is **DENIED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 310C2401184, styled *Calvary Spy I, LLC, as Assignee of Citibank, N.a. v. Bhareth Ramanath*, pending in the Bexar County Justice Court, Texas, the Honorable Julie Bray Patterson presiding.